(127 So. 163)

NORTH BIRMINGHAM TRUST & SAVINGS BANK v. SESSIONS.

4 Div. 471.

Supreme Court of Alabama.

March 20, 1930.

Harry Adams, of Enterprise, for appellant.

J. C. Yarbrough, of Enterprise, for appellee.

BROWN, J.

This appeal is prosecuted from an order of the circuit court denying the appellant's motion to substitute lost record in a pending cause, authorized by § 10137 of the Code (1923).

There is no assignment of errors on the record, and in the absence thereof nothing is presented for review. Redd Chemical & Nitrate Co. v. W. T. Clay Mercantile Co., et al., 219 Ala. 478, 122 So. 652; Nichols v. Hardegree, 202 Ala. 132, 79 So. 598.

Affirmed.

ANDERSON, C. J., and SAYRE and FOSTER, JJ., concur.